EXHIBIT A TO FORM 2016

| | | |
|---|---|---|
| Total Funds Paid or to be Paid to CLG: | $3,450.00 | Total |
| | | |
| The above includes the following | $310.00 | BK Court Filing Fee |
| that has been paid to CLG pre-petition: | $33.00 | Credit Report |
| | $30.00 | Credit Counseling & Debtor Education Fee |
| | $50.00 | Land Record Search (Paid to CLG) |
| | $25.00 | Post-Filing Lien Search (Paid to CLG) |
| | $102.00 | To be forwarded to the Trustee upon filing |
| | | |
| The balance to be paid by the Chapter 13 Trustee: | $2,900.00 | Attorneys' Fees |